1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10   REBIO RONNIE TOWNSEND,                    Case No.  1:13-cv-01698-SKO PC

11              Plaintiff,                     ORDER GRANTING MOTION TO
                                              PROCEED IN FORMA PAUPERIS
12        v.
                                              (Doc. 2)
13   AUDREY KING, et al.,

14              Defendants.

15   _____/

16

17        Plaintiff Rebio Ronnie Townsend, a civil detainee proceeding pro se, filed this civil rights

18   action pursuant to 42 U.S.C. § 1983 on October 15, 2013.  Plaintiff seeks leave to proceed in

19   forma pauperis.  Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is

20   HEREBY GRANTED, *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's

21   complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

22
23   IT IS SO ORDERED.

24      Dated:   __October 23, 2013__          _____ /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE
25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28